UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| MARIO VICENTE, | ) CV 08-4357-MMM (SH) |
| Petitioner, | ) JUDGMENT |
| v. | ) |
| LARRY SCRIBNER, | ) |
| Respondent. | ) |

Pursuant to the Order of the Court adopting the conclusions and recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is dismissed with prejudice.

DATED: July 29, 2011

MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE

1